UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. CAIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL FRUIT GENETICS, LLC, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:23-cv-01249-JLT-CDB<br><br>ORDER GRANTING APPLICATION OF LEAH R. BRUNO TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 15) |

The Court has considered the application of Leah R. Bruno, attorney for Defendants International Fruit Genetics, LLC, Sunrise Nurseries, Inc., Glen Stoller, Craig Stoller, Rick Burns, Andy Higgins, and Van Kramer, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (Doc. 15). In light of the application and for good cause appearing, Leah R. Bruno's application for admission to practice *pro hac vice* is HEREBY GRANTED.

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:　**November 14, 2023**　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE