UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. CAIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL FRUIT GENETICS, LLC, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:23-cv-01249-JLT-CDB<br><br>ORDER GRANTING APPLICATION OF KENNETH J. PFAEHLER TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 16) |

　　　　The Court has considered the application of Kenneth J. Pfaehler, attorney for Defendants International Fruit Genetics, LLC, Sunrise Nurseries, Inc., Glen Stoller, Craig Stoller, Rick Burns, Andy Higgins, and Van Kramer, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2).[1]  (Doc. 16).

　　　　In light of the application and for good cause appearing, Kenneth J. Pfaehler's application for admission to practice *pro hac vice* is HEREBY GRANTED.

---

[1] Attorney Pfaehler represents that he appears on behalf of "International Fruit Genetics, LLC, *et al.*" (Doc. 16) (emphasis added).  The Court notes that Defendants Jack J. Pandol and James A. Pandol ("Pandol Defendants"), have not yet appeared in this action. *See* (Doc. 17).  Based on a separate *pro hac vice* application filed on the same date by an attorney from the same law firm as Attorney Pfaehler (Doc. 15), the Court assumes that Attorney Pfaehler does not represent the Pandol Defendants.  If this is erroneous, Attorney Pfaehler SHALL FILE a corrected *pro hac vice* application.

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **November 14, 2023**　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE