UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. CAIN,<br><br>            Plaintiff,<br><br>     v.<br><br>INTERNATIONAL FRUIT GENETICS, LLC, *et al*.<br><br>            Defendants. | Case No. 1:23-cv-01249-JLT-CDB<br><br>**ORDER ON STIPULATION EXTENDING *NUNC PRO TUNC* TIME FOR FILING RESPONSIVE PLEADING**<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>(Doc. 23) |

Plaintiff David W. Cain ("Plaintiff") filed the complaint in this action on August 21, 2023. (Doc. 1). On October 12, 2023, the parties filed a joint stipulation extending the time for Defendant International Fruit Genetics, LLC ("IFG")'s to respond to the complaint from November 7, 2023, to December 5, 2023, pursuant to Local Rule 144(a). (Doc. 12).

Thereafter, on December 7, 2023, the parties filed a stipulated request for further extension of time to respond to the complaint — from December 5, 2023, to December 8, 2023. (Doc. 23).

In the Eastern District of California, requests for extensions in the time to make a required filing must be made "as soon as the need for the extension becomes apparent." L.R. 144. "Requests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." *Id.*

Here, the parties' request to extend the time for Defendant to make a responsive filing is late. The Court disfavors granting relief *nunc pro tunc* and admonishes the parties to exercise better care and adherence to this Court's Local Rules in all future filings.

For good cause shown, it is HEREBY ORDERED, Defendant shall have until **December 8, 2023**, to respond to the complaint.

It is FURTHER ORDERED the following schedule shall govern the briefing of any motion to dismiss made by Defendant:

1. Defendant shall file a motion to dismiss by no later than **December 8, 2023**.
2. Plaintiff shall file an opposition by no later than **December 29, 2023**.
3. Defendant may file a reply by no later than **January 11, 2024**.

IT IS SO ORDERED.

Dated:   **December 8, 2023**                      _____
                                                                        UNITED STATES MAGISTRATE JUDGE