1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DAVID W. CAIN,

               Plaintiff,

     v.

INTERNATIONAL FRUIT GENETICS, LLC,

               Defendant.

Case No. 1:23-cv-01249-JLT-CDB

**[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S REQUEST TO SEAL EXHIBIT 1 TO THE DECLARATION OF KENNETH PFAEHLER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

Date:        January 22, 2024
Time:       9:00 a.m.
Courtroom:  4, 7th Floor

1

1      Having reviewed Defendant Close Demeter LLC's, formerly known as International Fruit

2    Genetics, LLC ("Defendant"), Request to Seal Exhibit 1 to the Declaration of Kenneth Pfaehler In

3    Support of Defendant's Motion to Dismiss the Complaint ("Pfaehler Declaration"), and for GOOD

4    CAUSE APPEARING therein, Defendant's Request to Seal is hereby GRANTED.  Exhibit 1 to

5    the Pfaehler Declaration SHALL BE SEALED for the duration of the litigation and cannot be

6    unsealed without subsequent order from this Court.

7    IT IS SO ORDERED.

8      Dated:   **December 11, 2023**

9    UNITED STATES DISTRICT JUDGE

2

[PROPOSED] SEALING ORDER