# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. CAIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL FRUIT GENETICS, LLC,<br><br>　　　　　Defendant. | Case No. 1:23-cv-01249-JLT-CDB<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CORRECT CLERICAL ERROR AND DEEM DEFENDANT'S MOTION TO DISMISS COMPLAINT FILED ON DECEMBER 8, 2023 NUNC PRO TUNC<br><br>Date:　　　January 22, 2024<br>Time:　　　9:00 a.m.<br>Courtroom:　4, 7th Floor |

Having reviewed Defendant Close Demeter LLC's, formerly known as International Fruit Genetics, LLC ("Defendant"), Unopposed Motion to Correct Clerical Order and Deem Defendant's Motion to Dismiss Complaint Filed on December 8, 2023 Nunc Pro Tunc, Defendant's motion is hereby GRANTED.

Defendant's Motion to Dismiss (Doc. 28) and Notice of Request to Seal (Doc. 29) are hereby deemed filed as of December 8, 2023.

IT IS SO ORDERED.

Dated: **December 18, 2023**

　　　　　　　　　　　　　　　　　　　　　　　／s／ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

[~~PROPOSED~~] ORDER GRANTING MOTION TO CORRECT CLERICAL ERROR