UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. CAIN, an individual,<br><br>Plaintiff<br><br>vs.<br><br>INTERNATIONAL FRUIT GENETICS, LLC, a California Limited Liability Company, et al.<br><br>Defendants. | CASE NO.: 1:23-cv-01249-JLT-CDB<br><br>[~~PROPOSED~~] ORDER RE: JOINT STIPULATION TO STRIKE DEMAND FOR JURY TRIAL |

This matter is before the Court on Plaintiff David W. Cain's ("Dr. Cain") and defendant Close Demeter LLC's, formerly known as International Fruit Genetics, LLC ("IFG"), stipulation to strike jury demand made in Dr. Cain's First Amended Complaint. The Parties' stipulation is hereby APPROVED and the demand for a jury trial made in the First Amended Complaint is hereby STRICKEN.

IT IS SO ORDERED.

Dated: **January 17, 2024**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE

1

[~~PROPOSED~~] ORDER GRANTING STIPULATION TO STRIKE JURY DEMAND