UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. CAIN,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL FRUIT GENETICS, LLC,<br><br>Defendant. | Case No. 1:23-cv-01249-JLT-CDB<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S REQUEST TO SEAL EXHIBIT 1 TO THE DECLARATION OF KENNETH PFAEHLER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT |

Having reviewed Defendant Close Demeter LLC's, formerly known as International Fruit Genetics, LLC ("Defendant"), Request to Seal Exhibit 1 to the Declaration of Kenneth Pfaehler in Support of Defendant's Motion to Dismiss the First Amended Complaint ("Pfaehler Declaration"), and for GOOD CAUSE APPEARING therein, Defendant's Request to Seal is hereby GRANTED. Exhibit 1 to the Pfaehler Declaration SHALL BE SEALED for the duration of the litigation and cannot be unsealed without subsequent order from this Court.

IT IS SO ORDERED.

Dated: **January 17, 2024**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE