# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. CAIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL FRUIT GENETICS, LLC,<br><br>　　　　Defendants. | Case No. 1:23-cv-01249-JLT-CDB<br><br>ORDER ON STIPULATION FOR EXTENSION OF NON-EXPERT AND EXPERT DISCOVERY DEADLINES<br><br>(Docs. 81, 82) |

　　　　Plaintiff David W. Cain ("Plaintiff") initiated this action with the filing of a complaint on August 21, 2023. (Doc. 1). Pending before the Court is the parties' stipulated request to extend non-expert and expert discovery deadlines, filed on October 10, 2025. (Docs. 81, 82).

　　　　In support of the request, the parties represent that Plaintiff has noticed the upcoming deposition of Defendant International Fruit Genetics, LLC, and two individuals, and served subpoenas on five third-party witnesses. For its part, Defendant intends to depose Plaintiff and serve subpoenas on five third parties. The parties represent that depositions have been delayed due to the parties' involvement as third-party deponents in a state court action in the Superior Court of California, County of Kern, titled *Bloom Fresh International Ltd. v. Grapery, Inc., et al.*, Case No. BCV-22-101869. (Doc. 82 at 2).

　　　　The parties, therefore, stipulate to extend the non-expert discovery deadline from November 6, 2025, to January 15, 2026, and the expert discovery deadline from January 22, 2026, to March 16, 2026. (Doc. 82 at 4).

　　　　For good cause shown, the parties' stipulated request to extend discovery deadlines will be

granted. No other dates or provisions of the operative scheduling order (Doc. 66) will be affected by this order.

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED that the scheduling order (Doc. 66) is amended as follows:

1. The non-expert discovery deadline is extended from November 6, 2025, to **January 15, 2026**;
2. The expert discovery deadline is extended from January 22, 2026, to **March 16, 2026**; and
3. No other dates or provisions of the operative scheduling order (Doc. 66) are affected by this order.

IT IS SO ORDERED.

Dated:    **October 14, 2025**                              _____
UNITED STATES MAGISTRATE JUDGE