UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. CAIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL FRUIT GENETICS, LLC,<br><br>　　　　Defendants. | Case No. 1:23-cv-01249-JLT-CDB<br><br>ORDER ON STIPULATION FOR EXTENSION OF EXPERT DISCLOSURE DEADLINES<br><br>(Doc. 87) |

　　　　Plaintiff David W. Cain ("Plaintiff") initiated this action with the filing of a complaint on August 21, 2023. (Doc. 1). Pending before the Court is the parties' stipulated request to extend expert discovery disclosure deadlines, filed on November 17, 2025. (Doc. 87).

　　　　The Court granted the parties' prior stipulation to extend the non-expert and expert discovery deadlines on October 14, 2025. (Docs. 81, 82, 83). In support of the request, the parties represent that they had intended to extend the expert disclosure deadlines as well, but "inadvertently omitted those." (Doc. 87 at 2). They seek to extend said deadlines now to make them "consistent with the other, previously extended deadlines." *Id.*  They represent that they recently began conducting fact depositions this week, are in the middle of written discovery and document productions, no party would be prejudiced, and "sufficient time to conduct discovery will narrow the issues in this case before a private mediation" on December 3, 2025. *Id.* at 2-3. The parties attach in support the declarations of Belinda Vega, counsel for Plaintiff, and Leah Bruno, counsel for Defendant International Fruit Genetics, LLC. *Id.* at 5-8.

　　　　The parties, therefore, stipulate to extend the expert discovery disclosure deadline from

November 20, 2025, to January 20, 2026, and the expert rebuttal disclosure deadline from December 18, 2025, to February 18, 2026.  (Doc. 87 at 3).

For good cause shown, the parties' stipulated request to extend discovery deadlines will be granted.  No other dates or provisions of the operative scheduling order (Doc. 66) will be affected by this order.

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED that the scheduling order (Doc. 66) is amended as follows:

1. The expert disclosure deadline is extended from November 20, 2025, to **January 20, 2026**;
2. The expert rebuttal disclosure deadline is extended from December 18, 2025, to **February 18, 2026**; and
3. No other dates or provisions of the operative scheduling order (Doc. 66) are affected by this order.

IT IS SO ORDERED.

Dated:  **November 18, 2025**

UNITED STATES MAGISTRATE JUDGE

2